UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CINTHYA YANETH DEL VILLAR,<br><br>　　　　　　　　　Defendant. | Case No.: 19MJ4100-BLM<br><br>ORDER AND JUDGMENT TO DISMISS THE COMPLAINT WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the COMPLAINT in the above-entitled case be dismissed without prejudice as to Defendant Cinthya Yaneth Del Villar.

IT IS SO ORDERED.

DATED: October 16, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Barbara L. Major
　　　　　　　　　　　　　　　　　United States Magistrate Judge